# United States District Court

E-FILING

FILED
MAR -- 2008

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
v.

JOSEPH ANTHONY MOORE and
HOWARD BEAU HOWELL

**CRIMINAL COMPLAINT**

CASE NUMBER:

08-70128 RS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 1, 2008, in <u>Monterey County</u> in the <u>Northern District of California</u> the defendants:

passed, uttered, published, sold, attempted to sell, or with like intent brought into the United States or kept in possession or concealed any falsely made, forged, counterfeited, or altered obligation or other security of the United States; or aided, abetted, counseled, commanded, inducted, or procured the commission of the foregoing offense,

in violation of Title 18, United States Code, Section 472 and Section 2.

I further state that I am a <u>Special Agent with the United States Secret Service</u> and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

PENALTIES under 18 U.S.C. § 472:

    MAXIMUM:   20 years imprisonment
                            3 years supervised release
                            Fine: $250,000;  Special Assessment: $100

Requested bail: Issue no bail warrant / government will request detention

APPROVED AS TO FORM: _____
                                          AUSA YEN

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 4, 2008                            at          San Jose, California
Date                                                                         City and State

Richard Seeborg
United States Magistrate Judge                     _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, SPECIAL AGENT JUSTIN WOODFORD, BEING DULY SWORN, DO DEPOSE AND SAY THE FOLLOWING:

1. I am a Special Agent with the United States Secret Service and have been employed in that capacity for approximately one and a half years. As part of my official duties, it is my responsibility to investigate crimes involving the manufacture, passing, and possession of counterfeit currency. I received a B.S. in Economics from West Virginia University and a J.D. from the West Virginia University College of Law. I was a practicing attorney in West Virginia prior to joining the U.S. Secret Service. I attended the Federal Law Enforcement Training Center (FLETC) in Glynco, GA, where I received instruction in subjects including Constitutional and criminal law, search and seizure, evidence, and Fourth Amendment rights. I received additional training in counterfeit detection and manufacture, and other financial crimes, at the U.S. Secret Service's James J. Rowley Training Center in the Washington, D.C. area.

2. This Affidavit is made in support of a Criminal Complaint against Joseph Anthony Moore and Howard Beau Howell for knowingly possessing counterfeit currency with intent to defraud, in violation of 18 U.S.C. § 472. The following information is known to me personally or was relayed to me by sworn California Peace Officers:

3. On March 3, 2008, I was telephonically contacted by Lt. Bruce Martin and Sgt. Scott Clegg of the Marina Police Department, advising that on March 1, 2008, Joseph Anthony Moore ("Moore") and Howard Beau Howell ("Howell") were arrested for possession of a stolen car, and that counterfeit currency, laptop computers, a printer/copier/fax machine, and additional paper bearing uncut images of U.S. currency were found during searches incident to arrest. I was also advised that Officer Deborah Kobayashi was the arresting officer.

4. On March 1, 2008, at approximately 4:12am, Ofc. Kobayashi conducted a business check of the parking lot of the Motel 6, located at 110 Reservation Road, Marina, CA. The Motel 6 parking lot has been identified as an area known for drug activity, prostitution, and vehicle burglaries by the Marina Police Department. There have also been numerous vehicle burglaries throughout the City of Marina in the past few months. Ofc. Kobayashi observed a green 1999 Honda Civic, bearing CA license plate number 4NGP479, with the driver's side window partially rolled down, parked in the far southeast end of the parking lot. Due to the tint of the windows, Ofc. Kobayashi could not see inside the car until she stopped her vehicle and approached the driver's side on foot. The vehicle was occupied by two adult males. The male subject in the driver's seat was identified as Joseph Moore. The male subject in the passenger seat was identified as Howard Howell. Marina Police Department Officer Octavio Barocio responded as a backup officer.

5. As Ofc. Kobayashi approached the vehicle, she asked the occupants what they were doing. Howell then opened the passenger side door and both subjects exited through the passenger door. The subjects walked towards Ofc. Kobayashi at the rear of the vehicle

and then Moore began to walk away from Ofc. Kobayashi and towards the south side of Motel 6. Moore did not comply with Ofc. Kobayashi's commands for him to stop and come back. He continued to walk away and was subsequently approached by Ofc. Barocio, who also identified himself to Moore and commanded him to stop. Moore continued to walk away from Ofc. Barocio.

6. Moore ultimately stopped beside the south rooms of the Motel 6. He then failed to comply with Ofc. Barocio's command that he take his hands out of his pockets. Ofc. Barocio was forced to grab Moore's right arm and put him in a rear wristlock so that he could be checked for weapons. Ofc. Andrada with the Cal State Monterey Bay Police Department arrived to assist Ofc. Barocio with subject Moore.

7. Upon being advised by County Communications that the 1999 Honda Civic was a stolen vehicle, Ofc. Kobayashi told Howell that he was being detained and placed him in the rear seat of her patrol vehicle. Ofc. Kobayashi then examined the interior of the 1999 Honda Civic and located numerous items including, but not limited to, glass smoking pipes, a digital scale, a counterfeit detector pen, a bag containing counterfeit currency, and an office jet all-in-one printer.

8. Ofc. Kobayashi then recontacted Howell, told him he was under arrest, and read him his Miranda advisements. Howell said he had nothing further to say.

9. After hearing the confirmation that the vehicle was stolen, Ofc. Barocio placed a handcuff on Moore's right wrist. Moore began to run away in an attempt to flee and made it approximately five yards before being confronted by Ofc. Andrada who pointed his taser at Moore. At that point, Moore stopped and complied with the officers' commands. Ofc. Andrada did not deploy his taser.

10. Ofc. Barocio conducted a search incident to arrest on Moore. On Moore's person, he located multiple items including, but not limited to, counterfeit currency and burglary tools. A warrant check on Moore revealed four outstanding misdemeanor warrants out of Monterey County. Ofc. Barocio read Moore his Miranda advisements and Moore said "I don't want to snitch on nobody." Moore then said that he had nothing further to say.

11. Ofc. Kobayashi conducted an inventory search of the stolen vehicle. She located several items including, but not limited to, a printer, two laptop computers and drug paraphernalia. The two laptops were located in a black backpack.

12. Moore and Howell were transported to the Monterey County Jail. The stolen car was returned to its rightful owner. All other seized evidence was inventoried and secured at the Marina Police Department.

13. On March 3, 2008, Sgt. Clegg provided me with serial numbers from the bills they suspected to be counterfeit. Those serial numbers were run in the U.S. Secret Service's Counterfeit Tracking system. That search revealed a history of passes dating back to

3

May 7, 2007, and included several cities in the Monterey Bay area, including Sand City, Marina, Salinas, Monterey, Seaside, and Carmel.

14. On March 3, 2008, Special Agent Kevin Williamson and I responded to the Marina Police Department to examine the evidence seized in this case. Based upon my training and experience, I determined that the 10 $100 bills found on Moore's person were counterfeit $100 Federal Reserve Notes (CFT $100 FRNs) because they lacked certain security features found on genuine currency and contained a hologram that did not match the portrait on a $100 denomination note. I also examined the uncut sheets bearing CFT images of FRNs, and based upon my training and experience, determined that the notes were printed using ink jet technology, consistent with the printer seized in this case. The evidence examined also included the following: test images; paper trimmings; glue stick; counterfeit detector pen; Printwork Multipurpose Paper; and an HP office jet 7310 XI all-in-one printer. The two laptop computers were not examined.

15. The total amount of CFT currency seized as a result of the arrests of Moore and Howell was in excess of $72,000.

16. Based on my training and experience, I believe Moore and Howell knowingly possessed CFT currency and were also manufacturing CFT currency, due to the presence of a large volume of CFT FRNs, counterfeit detector pen, glue stick, paper trimmings, printer, laptops, test images, history of note passes, and Moore's attempt to elude the officers at the scene.

17. Based on the above-referenced facts, I believe there is probable cause that Joseph Moore and Howard Howell did, with intent to defraud, possess counterfeit U.S. currency, in violation of 18 U.S.C. § 472, and aided and abetted the same in violation of 18 U.S.C. Section 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Justin Woodford*
Justin Woodford
Special Agent
United States Secret Service

Subscribed and sworn to before me this 4th day of March, 2008.

*Richard Seeborg*
Honorable Richard Seeborg