1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

5

6 150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-2695

7 Facsimile: (408) 535-5081
jeffrey.b.schenk@usdoj.gov

8

9 Attorneys for the United States

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,          )
                                     )  No. 08-70128 RS
14               Plaintiff,          )
                                     )
15      v.                           )  SUBSTITUTION OF ATTORNEY
                                     )
16                                   )
   JOSEPH ANTHONY MOORE and          )
17 HOWARD BEAU HOWELL,               )
               Defendant.            )
18 _____ )

19

20   Please take notice that as of, March 12, 2008, the Assistant U.S. Attorney whose name,

21 address, telephone number and email address are listed above was assigned to be counsel

22 for the government.

23

24 DATED: March 12, 2008

25                                    Respectfully submitted,

26                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney

27                                    _____/s/_____
                                      JEFFREY B. SCHENK, AUSA
28