1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SHAWNA YEN (CSBN 224447)
   Assistant United States Attorneys
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
           Tel:   (408) 535-5054 or
7          Fax:   (408) 535-5066 (facsimile)
                  Shawna.Yen2@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,          )   No. 08-70128 (RS)
                                        )
15 |          Plaintiff,                )
                                        )   AMENDED [PROPOSED] ORDER TO
16 |                                    )   CONTINUE PRELIMINARY
     vs.                                )   HEARING OR ARRAIGNMENT
17 |                                    )
   HOWARD BEAU HOWELL                   )
18 |                                    )
              Defendant.                )
19 |_____)

20     This matter was called for a detention hearing on March 11, 2008. Counsel for the

21 United States, Shawna Yen, Assistant United States Attorney, and defendant Howard Beau

22 Howell, and his counsel Assistant Federal Public Defender Manuel Araujo, were present.

23     At the hearing, the defendant was advised and stated that he understood that under Rule

24 5.1(c) of the Federal Rules of Criminal Procedure he is entitled to a preliminary hearing within

25 10 days of his initial appearance as an in-custody defendant unless an indictment is filed, and

26 that pursuant to 18 U.S.C. § 3161(b) he is entitled to be indicted within 30 days of his arrest in

27

28                                         1

1  this matter. After consultation with his attorney, the defendant stated that he wished to waive
2  those rights and continue the hearing set for preliminary hearing or indictment until April 17,
3  2008.
4      At the conclusion of the hearing, and at the request of the parties, the Court ruled as
5  follows:
6      IT IS HEREBY ORDERED that this case is continued to April 17, 2008 at 9:30 a.m. for
7  a preliminary hearing or arraignment.
8      IT IS FURTHER ORDERED that the period of time from March 11, 2008 through and
9  including April 17, 2008 shall be excluded from the period of time within which an indictment or
10  information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b), pursuant to Title 18,
11  United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section
12  3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the
13  best interests of the public and the defendant in a speedy trial for the following reasons: The
14  parties require the additional time to exchange discovery and to discuss a potential resolution of
15  the case prior to indictment. The exclusion of time is therefore required for effective preparation
16  of counsel.
17      IT IS FURTHER ORDERED that the period of time for a preliminary hearing is
18  extended under Federal Rule of Criminal Procedure 5.1(d), until April 17, 2008 based on the
19  defendant's consent and based on the parties' showing of good cause as set forth above.
20      For the foregoing reasons, the Court finds that the interests of justice in granting this
21  continuance outweigh the defendant's and the public's interests in a speedy trial.
22
23      Dated this ____day of March, 2008.
24
25      THE HONORABLE NANDOR VADAS
       United States Magistrate Judge
26
27
28      2