1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
  | United States Attorney
2 |
3 | BRIAN J. STRETCH (CSBN 163973)
  | Chief, Criminal Division
4 | SHAWNA YEN (CSBN 224447)
  | Assistant United States Attorneys
5 |
6 | 150 Almaden Boulevard, Suite 900
  | San Jose, California 95113
7 |    Tel:   (408) 535-5054 or
  |    Fax:   (408) 535-5066 (facsimile)
8 |           Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

FILED
MAR 14 2008
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 08-70128 (RS) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AMENDED [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING OR ARRAIGNMENT |
| vs. | ) | |
| HOWARD BEAU HOWELL | ) | |
| Defendant. | ) | |

This matter was called for a detention hearing on March 11, 2008. Counsel for the United States, Shawna Yen, Assistant United States Attorney, and defendant Howard Beau Howell, and his counsel Assistant Federal Public Defender Manuel Araujo, were present.

At the hearing, the defendant was advised and stated that he understood that under Rule 5.1(c) of the Federal Rules of Criminal Procedure he is entitled to a preliminary hearing within 10 days of his initial appearance as an in-custody defendant unless an indictment is filed, and that pursuant to 18 U.S.C. § 3161(b) he is entitled to be indicted within 30 days of his arrest in

1

this matter. After consultation with his attorney, the defendant stated that he wished to waive those rights and continue the hearing set for preliminary hearing or indictment until April 17, 2008.

At the conclusion of the hearing, and at the request of the parties, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to April 17, 2008 at 9:30 a.m. for a preliminary hearing or arraignment.

IT IS FURTHER ORDERED that the period of time from March 11, 2008 through and including April 17, 2008 shall be excluded from the period of time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b), pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reasons: The parties require the additional time to exchange discovery and to discuss a potential resolution of the case prior to indictment. The exclusion of time is therefore required for effective preparation of counsel.

IT IS FURTHER ORDERED that the period of time for a preliminary hearing is extended under Federal Rule of Criminal Procedure 5.1(d), until April 17, 2008 based on the defendant's consent and based on the parties' showing of good cause as set forth above.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 14th day of March, 2008.

THE HONORABLE NANDOR VADAS
United States Magistrate Judge