E-FILING

# UNITED STATES DISTRICT COURT
for the
## Northern District of California

**U.S.A. vs. Howard Beau HOWELL**         **Docket No. 5-08-70128**

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Howard Beau HOWELL |
| Name of Judicial Officer: | Richard Seeborg, U.S. Magistrate Judge |
| Date of Release: | March 27, 2008 |
| Charged Offense: | Title 18, United States Code, Section 472 and Section 2 - Passed, Uttered, Published, Sold, Attempted to Sell, or With the Like Intent Brought Into the United States or Kept in Possession or Concealed any Falsely Made, Forged, Counterfeited, or Altered Obligation or Other Security of the United States; or Aided, Abetted, Counseling, Commanded, Inducted, or Procured the Commission of the Foregoing Offense |
| Bond: | $100,000 Unsecured |
| Special Conditions: | The defendant shall report to Pretrial Services as directed; The defendant's travel is restricted to the Northern District of California; The defendant shall surrender his passport and not apply for any new passports or travel documents; The defendant shall not possess any firearms, destructive devices, or other dangerous weapons; The defendant shall participate in (drug)(alcohol)(mental health) counseling, and submit to (drug)(alcohol) testing, as directed by Pretrial Services; The defendant shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription; The defendant shall submit to a warrantless search of his person/place of residence/vehicle at the direction of Pretrial Services; The defendant shall not have any contact with any co-defendants outside of the presence of counsel; and The defendant shall participate in residential treatment and reside at New Bridge Foundation. |

### U.S.A. vs. Howard Beau HOWELL     Docket No. <u>5-08-70128</u>

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Victoria Gibson, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**VIOLATION(S):**

1) This afternoon, at approximately 1300 hours, the undersigned officer received telephone notification from both Peter Budlong and Suzanne Hicks, staff at New Bridge Foundation, that Howard Beau HOWELL absconded from the residential program at approximately 1200 hours. Ms. Hicks advised that he simply walked out in the middle of group therapy. She noted that staff had been investigating an incident earlier this morning in which Howard Beau HOWELL was accused of intimidating another resident in the program.

3) The defendant has not contacted the undersigned officer and his whereabouts are unknown at this time.

Based on the foregoing, there is probable cause to believe that Howard Beau HOWELL violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

**U.S.A. vs. Howard Beau HOWELL**          Docket No. <u>5-08-70128</u>

Respectfully submitted:

_____          _4/21/08_____
Victoria Gibson                                    Date Signed
U.S. Pretrial Services Officer

Approved as to form:

_____
Silvie Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

Having considered the information set forth above, the Court finds there is probable cause to believe there has been a violation of the conditions of supervision.

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why his/her bail should not be revoked.

☐ Other:_____

_4/21/08_____                   _____
Date                                Honorable ~~Wayne D. Brazil~~ RICHARD SEEBORG
                                    U.S. Magistrate Judge

PS8A: Rev. 3/23/05