1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3                                              FILED
4        E-FILING                       2008 MAY 14  A 11: 48
5                                        RICHARD W. WIEKING
                                              CLERK
6                                        U.S. DISTRICT COURT
                                         NO. DIST. OF CA. S.J.
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,         )  CR No. 08 00322 JF PVT
                                      )
13        Plaintiff,                  )
                                      )  VIOLATION: 18 U.S.C. §472 - Possession
14     v.                             )  of Counterfeit Obligations or Securities
                                      )
15  JOSEPH ANTHONY MOORE and          )
    HOWARD BEAU HOWELL,               )  SAN JOSE VENUE
16                                    )
          Defendants.                 )
17  _____ )

18                              INFORMATION

19  The United States charges:

20  On or about March 1, 2008, in the Northern District of California, the defendants

21              JOSEPH ANTHONY MOORE and
                HOWARD BEAU HOWELL,
22

23  with intent to defraud, did possess counterfeited and falsely made obligations of the United

24  States, that is, approximately $69,000.00 worth of Federal Reserve Notes in various dollar

25  denominations, which they then knew to be falsely made and counterfeited, in violation of Title

26  18, United States

27  //

28  //

INFORMATION
CR CASE #

1 | Code, Section 472.

2 | DATED: 5/13/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
AUSA SCHENK

INFORMATION
CR CASE #                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

18 U.S.C. §472 - Possession of Counterfeit Obligations or Securities

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

DEFENDANT - U.S.

2008 MAY 14  A 11:48

▶ JOSEPH ANTHONY MOORE & HOWARD BEAU HOWELL

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR - 08  00322 JF

### DEFENDANT

**IS NOT IN CUSTODY**   PVT

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

NDCA (D1: Moore)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ 3/1/2008  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Secret Service Agent Justin Woodford

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70128-RS

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 5/15/08 at 9:30 AM

Before Judge: PVT

Comments: