# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

Howard Beau Howell

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-00322-PVT JF

I, __Howard Beau Howell__, the above named defendant, who is accused of

18 U.S.C. § 472

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/15/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X __Howard Howell__
Defendant

__[signature]__
Counsel for Defendant

Before __Patricia V. Trumbull__
Judicial Officer