UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, June 18, 2008
**Case Number:** CR-08-00322-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **UNITED STATES OF AMERICA V. JOSEPH MOORE, ET AL**

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | 1) Joseph Moore |
|  | 2) Howard Howell |

**Attorneys Present:** Jeffrey Schenk          **Attorneys Present:** Robert Carey, Manuel Araujo

---

PROCEEDINGS:

Status review hearing held. Counsel and defendants are present. Continued to 6/25/08 at 9:00 a.m. for further status review.