UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, June 25, 2008
**Case Number:** CR-08-00322-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED STATES OF AMERICA V. JOSEPH MOORE, ET AL

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | 1) Joseph Moore |
|  | 2) Howard Howell |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Jerry Fong, Manuel Araujo |

PROCEEDINGS:

Disposition hearing held. Counsel and defendants are present. Defendant Moore pleads guilty to count 1 of the Information. Continued to 10/1/08 at 9:00 a.m. for sentencing.
Defendant Howell pleads guilty to count 1 of the Information. Continued to 10/1/08 at 10:30 a.m. for sentencing.