BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HOWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00322-JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** ORDER CONTINUING |
| | ) | **HOWARD HOWELL'S SENTENCING** |
| vs. | ) | **DATE TO DECEMBER 10, 2008** |
| | ) | |
| JOSEPH MOORE AND HOWARD | ) | |
| HOWELL, | ) | |
| | ) | |
| DefendantS. | ) | |

_____

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the

sentencing hearing in the above-captioned matter shall be continued from November 5, 2008, to

December 10, 2008 at 9:00 a.m.

Dated: ~~October~~ November 3 ___ , 2008          _____

JEREMY FOGEL,
United States District Judge